1  Adam Y. Siegel (SBN 238568)
   Adam.Siegel@jacksonlewis.com
2  Orlando Arellano (SBN 234073)
   Orlando.Arellano@jacksonlewis.com
3  Rebecca Kim (SBN 276163)
   Rebecca.kim@jacksonlewis.com
4  **JACKSON LEWIS P.C.**
   725 South Figueroa Street, Suite 2800
5  Los Angeles, California 90017-5408
   Telephone: (213) 689-0404
6
   Attorneys for Defendants
7  CARDINAL HEALTH 100, LLC;
   CARDINAL HEALTH 108, LLC;
8  CARDINAL HEALTH 110, LLC;
   CARDINAL HEALTH 119, LLC;
9  CARDINAL HEALTH 200, LLC;
   CARDINAL HEALTH 201, INC; and
10 CARDINAL HEALTH 414, LLC

**UNITED STATES DISTRICT COURT,**

**CENTRAL DISCTRICT COURT OF CALIFORNIA**

| | |
|---|---|
| JOSE LUIS SANDOVAL, an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CARDINAL HEALTH 200, LLC; a Delaware limited liability company; CARDINAL HEALTH 110, LLC, an Indiana limited liability company; CARDINAL HEALTH 108, LLC, a Delaware limited liability company; CARDINAL HEALTH 414, LLC, a Delaware limited liability company; CARDINAL HEALTH 100, LLC, an Indiana limited liability company; CARDINAL HEALTH 119, LLC, a Delaware limited liability company; CARDINAL HEALTH 201, INC, a Delaware corporation; DANIEL RUIZ, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.:<br><br>**DECLARATION OF LAURA GARZA IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL**<br><br>(Filed concurrently with Notice of Removal; Declaration of Adam Siegel; Civil Case Cover Sheet; Notice of Interested Parties; and Corporate Disclosure Statement)<br><br>Complaint Filed: November 19, 2024 |

///

| | | |
|---|---|---|
| Case No.: | 1 | DECLARATION OF LAURA GARZA IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL |

# DECLARATION OF LAURA GARZA

I, Laura Garza, declare as follows:

1. I am over the age of 18 and competent to testify. The following facts are based on my personal knowledge or based on my personal review of records kept in the course of regularly conducted business activities by Defendants CARDINAL HEALTH 100, LLC; CARDINAL HEALTH 108, LLC; CARDINAL HEALTH 110, LLC; CARDINAL HEALTH 119, LLC; CARDINAL HEALTH 200, LLC; CARDINAL HEALTH 201, INC; and CARDINAL HEALTH 414, LLC ("Defendants"), and if called as a witness, I can and will competently testify hereto. I submit this declaration in support of Defendants' Notice of Removal.

2. I am employed by Cardinal Health. As a Senior Paralegal for Cardinal Health and I am familiar with Defendants' corporate structure and their executive, administrative, financial and management functions.

3. None of the company Defendants (CARDINAL HEALTH 100, LLC; CARDINAL HEALTH 108, LLC; CARDINAL HEALTH 110, LLC; CARDINAL HEALTH 119, LLC; CARDINAL HEALTH 200, LLC; CARDINAL HEALTH 201, INC; or CARDINAL HEALTH 414, LLC (collectively "Cardinal Health") is a State, a State official, or any other governmental entity.

4. At the time the Complaint in this action was filed on November 19, 2024 and currently, CARDINAL HEALTH 100, LLC; CARDINAL HEALTH 108, LLC; CARDINAL HEALTH 110, LLC; CARDINAL HEALTH 119, LLC; CARDINAL HEALTH 200, LLC; CARDINAL HEALTH 201, INC; CARDINAL HEALTH 414, LLC have at all times been organized under the laws of the States of Delaware or Indiana. Their principal place of business and headquarters are located in Dublin, Ohio. The State of Ohio is where the majority of both their executive, administrative, financial and management functions are conducted, and from where the majority of Defendants' high-level officers direct, control, and coordinate the company's operations and activities. None of Defendants' executive officers reside in the State of California.

5. As a Senior Paralegal for Cardinal Health, I have access to the payroll records including the names of employees, the beginning and ending (if any) dates of their employment, their hourly rates, and their exemption status, among other things pertaining to CARDINAL HEALTH 110, LLC and CARDINAL HEALTH 200, LLC which are kept in the ordinary course of business.

6. I also have access to the payroll records and employee file of Jose Luis Sandoval. The named plaintiff in this action, Jose Luis Sandoval, worked in the County of San Bernardino in California and was employed by Cardinal Health 200, LLC. During his employment he listed his residence as located in the city of La Puente, California.

7. In connection with a prior lawsuit against Cardinal Health, on September 27, 2024, I pulled data for all California non-exempt employees of CARDINAL HEALTH 110, LLC from September 3, 2020 which included their names, the beginning and ending (if any) dates of their employment and their hourly rates. I also pulled data for all California non-exempt employees of CARDINAL HEALTH 200, LLC from November 11, 2022 (due to a prior class action release) which included their names, the beginning and ending (if any) dates of their employment and their hourly rates. This data was created, maintained, and kept by Cardinal Health in the regular and ordinary course of business.

8. Based on my role as a Senior Paralegal and my review of the above-referenced records, I am aware that, CARDINAL HEALTH 110, LLC employed 759 non-exempt California employees from December 17, 2020 to September 27, 2024 who worked a total 67,260 workweeks. Based on my role as a Senior Paralegal for Defendants and my review of the above-referenced records, I am aware that, CARDINAL HEALTH 200, LLC employed 1,450 employees from November 11, 2022 (which was after a prior class action settlement release related to CARDINAL HEALTH 200, LLC) to September 27, 2024 who worked a total of 95,344 workweeks.

9. Based on my role as a Senior Paralegal and my review of the above-referenced records, I am further aware that the average hourly rate paid to Defendants Cardinal Health

| Case No.: | 3 | DECLARATION OF LAURA GARZA IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL |
|---|---|---|

1 | 110, LLC and Cardinal Health 200, LLC's California non-exempt employees was over $23.00 an hour for the period between December 17, 2020 to September 27, 2024.

10. Based on my role as a Senior Paralegal for Cardinal Health and my review of the above-referenced records, I am further aware that there were 362 California non-exempt employees whose employment ended between December 17, 2021 and September 27, 2024 as to CARDINAL HEALTH 110, LLC and 680 California non-exempt employees whose employment ended between November 11, 2022 and September 27, 2024 as to CARDINAL HEALTH 200, LLC.

11. I declare under penalty of perjury under the laws of the States of California and Ohio and the United States of America that the foregoing is true and correct.

Executed this 26th day of March, 2025, at Dublin, Ohio.

*Laura Garza*
Laura Garza

4900-8162-7183, v. 4

Case No.:     4     DECLARATION OF LAURA GARZA IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL