1  Adam Y. Siegel (SBN 238568)
   Adam.Siegel@jacksonlewis.com
2  Orlando Arellano (SBN 234073)
   Orlando.Arellano@jacksonlewis.com
3  Rebecca Kim (SBN 276163)
   Rebecca.kim@jacksonlewis.com
4  **JACKSON LEWIS P.C.**
   725 South Figueroa Street, Suite 2800
5  Los Angeles, California  90017-5408
   Telephone:  (213) 689-0404
6
   Attorneys for Defendants
7  CARDINAL HEALTH 100, LLC;
   CARDINAL HEALTH 108, LLC;
8  CARDINAL HEALTH 110, LLC;
   CARDINAL HEALTH 119, LLC;
9  CARDINAL HEALTH 200, LLC;
   CARDINAL HEALTH 201, INC; and
10 CARDINAL HEALTH 414, LLC

11              **UNITED STATES DISTRICT COURT,**

12          **CENTRAL DISCTRICT COURT OF CALIFORNIA**

| | |
|---|---|
| 13  JOSE LUIS SANDOVAL, an individual and on behalf of all others similarly situated, | Case No.: |
| 14 | |
| 15           Plaintiff, | |
| 16     vs. | **DEFENDANTS CARDINAL HEALTH 100, LLC; CARDINAL HEALTH 108, LLC; CARDINAL HEALTH 110, LLC; CARDINAL HEALTH 119, LLC; CARDINAL HEALTH 200, LLC; CARDINAL HEALTH 201, INC; and CARDINAL HEALTH 414, LLC'S NOTICE OF INTERESTED PARTIES** |
| 17  CARDINAL HEALTH 200, LLC; a Delaware limited liability company; CARDINAL HEALTH 110, LLC, an Indiana limited liability company; CARDINAL HEALTH 108, LLC, a Delaware limited liability company; CARDINAL HEALTH 414, LLC, a Delaware limited liability company; CARDINAL HEALTH 100, LLC, an Indiana limited liability company; CARDINAL HEALTH 119, LLC, a Delaware limited liability company; CARDINAL HEALTH 201, INC, a Delaware corporation; DANIEL RUIZ, an individual; and DOES 1 through 100, inclusive, | |
| 18 | |
| 19 | (Filed Concurrently with Notice of Removal; Civil Case Cover Sheet, Declarations of Adam Y. Siegel and Laura Garza; Corporate Disclosure Statement) |
| 20 | |
| 21 | |
| 22 | |
| 23 | Complaint Filed:  November 19, 2024 |
| 24 | FAC Filed:        December 17, 2024 |
| 25           Defendants. | |

26
27  / / /
28

---

Case No.:           1          DEFENDANTS' NOTICE OF INTERESTED PARTIES

**TO THE HONORABLE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, PLAINTIFF JOSE LUIS SANDOVAL, AND THEIR ATTORNEYS OF RECORD:**

The undersigned counsel of record for defendants CARDINAL HEALTH 100, LLC; CARDINAL HEALTH 108, LLC; CARDINAL HEALTH 110, LLC; CARDINAL HEALTH 119, LLC; CARDINAL HEALTH 200, LLC; CARDINAL HEALTH 201, INC. and CARDINAL HEALTH 414, LLC ("Defendants") certify the following listed parties have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

- JOSE LUIS SANDOVAL
- CARDINAL HEALTH 100, LLC;
- CARDINAL HEALTH 108, LLC;
- CARDINAL HEALTH 110, LLC;
- CARDINAL HEALTH 119, LLC;
- CARDINAL HEALTH 200, LLC;
- CARDINAL HEALTH 201, INC.;
- CARDINAL HEALTH 414, LLC;
- CARDINAL HEALTH, INC.;
- CARDINAL HEALTH, INC.; and
- DANIEL RUIZ.

DATED: March 26, 2025

JACKSON LEWIS P.C.

By: _____
Adam J. Siegel
Orlando Arellano
Rebecca Kim
Attorneys for Defendants
CARDINAL HEALTH 100, LLC;
CARDINAL HEALTH 108, LLC;
CARDINAL HEALTH 110, LLC;
CARDINAL HEALTH 119, LLC;
CARDINAL HEALTH 200, LLC;
CARDINAL HEALTH 201, INC; and
CARDINAL HEALTH 414, LLC;