| | |
|---|---|
| 1 | Adam Y. Siegel (SBN 238568) |
| 2 | Adam.Siegel@jacksonlewis.com<br>Orlando Arellano (SBN 234073) |
| 3 | Orlando.Arellano@jacksonlewis.com<br>Rebecca Kim (SBN 276163) |
| 4 | Rebecca.kim@jacksonlewis.com<br>**JACKSON LEWIS P.C.** |
| 5 | 725 South Figueroa Street, Suite 2800<br>Los Angeles, California 90017-5408 |
| 6 | Telephone: (213) 689-0404 |
| 7 | Attorneys for Defendants<br>CARDINAL HEALTH 100, LLC; |
| 8 | CARDINAL HEALTH 108, LLC;<br>CARDINAL HEALTH 110, LLC; |
| 9 | CARDINAL HEALTH 119, LLC;<br>CARDINAL HEALTH 200, LLC; |
| 10 | CARDINAL HEALTH 201, INC.; and<br>CARDINAL HEALTH 414, LLC |

**SUPERIOR COURT FOR THE STATE OF CALIFORNIA**

**COUNTY OF SAN BERNARDINO**

| | |
|---|---|
| JOSE LUIS SANDOVAL, an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CARDINAL HEALTH 200, LLC; a Delaware limited liability company; CARDINAL HEALTH 110, LLC, an Indiana limited liability company; CARDINAL HEALTH 108, LLC, a Delaware limited liability company; CARDINAL HEALTH 414, LLC, a Delaware limited liability company; CARDINAL HEALTH 100, LLC, an Indiana limited liability company; CARDINAL HEALTH 119, LLC, a Delaware limited liability company; CARDINAL HEALTH 201, INC, a Delaware corporation; DANIEL RUIZ, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.:<br><br>**DEFENDANT CARDINAL HEALTH 110, LLC and CARDINAL HEALTH 200, LLC's CORPORATE DISCLOSURE STATEMENT**<br><br>(Filed concurrently with Notice of Removal; Declarations of Adam Y. Siegel and Laura Garza; Civil Case Cover Sheet; and Notice of Interested Parties)<br><br>Complaint Filed: November 19, 2024<br>FAC Filed: December 17, 2024 |

**TO THE HONORABLE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, PLAINTIFJOSE LUIS SANDOVAL, AND HIS ATTORNEYS OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants CARDINAL HEALTH 100, LLC; CARDINAL HEALTH 108, LLC; CARDINAL HEALTH 110, LLC; CARDINAL HEALTH 119, LLC; CARDINAL HEALTH 200, LLC; CARDINAL HEALTH 201, INC.; and CARDINAL HEALTH 414, LLC certify as follows:

1. Defendants CARDINAL HEALTH 100, LLC; CARDINAL HEALTH 108, LLC; CARDINAL HEALTH 110, LLC; CARDINAL HEALTH 119, LLC; CARDINAL HEALTH 200, LLC; and CARDINAL HEALTH 414, LLC are limited liability companies. CARDINAL HEALTH 201, INC. is a corporation.

2. CARDINAL HEALTH 100, LLC; CARDINAL HEALTH 108, LLC; CARDINAL HEALTH 110, LLC; CARDINAL HEALTH 119, LLC; CARDINAL HEALTH 200, LLC; CARDINAL HEALTH 201, INC; and CARDINAL HEALTH 414, LLC CARDINAL HEALTH 100, LLC; CARDINAL HEALTH 108, LLC; CARDINAL HEALTH 110, LLC; CARDINAL HEALTH 119, LLC; CARDINAL HEALTH 200, LLC; CARDINAL HEALTH 201, INC; and CARDINAL HEALTH 414, LLC are wholly owned subsidiaries of their parent corporation, Cardinal Health, Inc., which is a publicly traded company on the New York Stock Exchange with the initials "CAH."

Dated: March 26, 2025        JACKSON LEWIS P.C.

By: _____
Adam Siegel
Rebecca Kim
Orlando Arellano

Attorneys for Defendants
CARDINAL HEALTH 100, LLC;
CARDINAL HEALTH 108, LLC;
CARDINAL HEALTH 110, LLC;
CARDINAL HEALTH 119, LLC;
CARDINAL HEALTH 200, LLC;
CARDINAL HEALTH 201, INC.; and
CARDINAL HEALTH 414, LLC

4908-1779-2559, v. 1