# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| JOSE LUIS SANDOVAL | CASE NUMBER |
|---|---|
| PLAINTIFF(S)/PETITIONER(S) | CV 5:25-00777 CAS |
| v. | |
| CARDINAL HEATH 100, LLC, ET AL. | ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO GENERAL ORDER 23-05 |
| DEFENDANT(S)/RESPONDENTS(S) | |

The undersigned Judge, to whom the above-entitled case was assigned, is hereby of the opinion that he or she should not preside over said case, by reason of *(please use additional sheets if necessary)*:

The undersigned holds a financial interest in named parties in this case.

IT IS HEREBY ORDERED that this case be reassigned by the Clerk in accordance with General Order 23-05.

This self-recusal has been Ordered:
- [✓] within 120 days of the Court being assigned said case.
- [ ] after 120 days of the Court being assigned said case.

March 31, 2025    *Christine A. Snyder*
Date              United States District Judge/Magistrate Judge

## NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge __Jesus G. Bernal__. On all documents subsequently filed in this case, please substitute the initials __JGB__ after the case number in place of the initials of the prior judge so that the case number will read: __5:25-cv-00777 JGB (SHKx)__.

This is very important because documents are routed to the assigned judge by means of the initials.

cc:  [ ] *Previous Judge*   [ ] *Statistics Clerk*

CV-52 (05/23)    ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO GENERAL ORDER 23-05