Adam Y. Siegel (SBN 238568)
Adam.Siegel@jacksonlewis.com
Orlando Arellano (SBN 234073)
Orlando.Arellano@jacksonlewis.com
Rebecca Kim (SBN 276163)
Rebecca.kim@jacksonlewis.com
**JACKSON LEWIS P.C.**
725 South Figueroa Street, Suite 2800
Los Angeles, California  90017-5408
Telephone:  (213) 689-0404

Attorneys for Defendants
CARDINAL HEALTH 100, LLC;
CARDINAL HEALTH 108, LLC;
CARDINAL HEALTH 110, LLC;
CARDINAL HEALTH 119, LLC;
CARDINAL HEALTH 200, LLC;
CARDINAL HEALTH 201, INC; and
CARDINAL HEALTH 414, LLC

# UNITED STATES DISTRICT COURT,

# CENTRAL DISCTRICT COURT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS SANDOVAL, an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CARDINAL HEALTH 200, LLC; a Delaware limited liability company; CARDINAL HEALTH 110, LLC, an Indiana limited liability company; CARDINAL HEALTH 108, LLC, a Delaware limited liability company; CARDINAL HEALTH 414, LLC, a Delaware limited liability company; CARDINAL HEALTH 100, LLC, an Indiana limited liability company; CARDINAL HEALTH 119, LLC, a Delaware limited liability company; CARDINAL HEALTH 201, INC, a Delaware corporation; DANIEL RUIZ, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | **Case No.: 5:25-cv-00777 CAS (SHKx)**<br><br>[Assigned for all purposes to Shashi H. Kewalramani, Courtroom 3]<br><br>**CERTIFICATE OF SERVICE RE: NOTICE OF REMOVAL OF ACTION AND RELATED DOCUMENTS**<br><br><br><br>Complaint Filed:  November 19, 2024<br>FAC Filed:           December 17, 2024 |

/ / /

I, Vivian A. Castillo, certify and declare as follows:

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to this action; my business address is 725 South Figueroa Street, Suite 2800, Los Angeles, CA 90017.

On **March 31, 2025** I served the following:

1. **NOTICE OF REMOVAL OF SAN BERNARDINO SUPERIOR COURT CASE NO. CIVSB2434865 TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. §§ 1332, 1441, 1446, and 1453 (CAFA);**

2. **DECLARATION OF ADAM SIEGEL IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL;**

3. **DECLARATION OF LAURA GARZA IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL;**

4. **CIVIL COVER SHEET;**

5. **DEFENDANTS CARDINAL HEALTH 100, LLC; CARDINAL HEALTH 108, LLC; CARDINAL HEALTH 110, LLC; CARDINAL HEALTH 119, LLC; CARDINAL HEALTH 200, LLC; CARDINAL HEALTH 201, INC; and CARDINAL HEALTH 414, LLC'S NOTICE OF INTERESTED PARTIES;**

6. **DEFENDANT CARDINAL HEALTH 110, LLC and CARDINAL HEALTH 200, LLC's CORPORATE DISCLOSURE STATEMENT;**

7. **NOTICE OF ASSIGNMENT OF EASTERN DIVISION REMOVAL CASE AND NOTICE RE CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE;**

8. **NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM;** and

9.   **NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

in this action by placing true copies thereof enclosed in a sealed envelope addressed as follows:

David D. Bibiyan
Sarah H. Cohen
Michael E. Braud
**BIBIYAN LAW GROUP, P.C.**
1460 Westwood Blvd.
Los Angeles, California 90024
Telephone: (310) 438-555
Facsimile: (310) 300-1705
Email: david@tomorrowlaw.com
Email: sarah@tomorrowlaw.com
Email: michael@tomorrowlaw.com

Attorneys for Plaintiffs,
JOSE LUIS SANDOVAL and, on behalf of all others similarly situated

**BY U.S. MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Further, on **March 31, 2025**, I also caused to be filed a copy of Defendant's Notice to Adverse Party of Filing Notice of Removal to United States District Court under 28 U.S.C. sections 1332, 1441, 1446, and 1453 (CAFA) with the Clerk of the Court [Case No.: 24STCV22512 currently Assigned to the Honorable Kenneth R. Freeman, Department 14] addressed as follows:

**Superior Court of California, County of San Bernardino**
**San Bernardino District – Civil Division**
**247 West Third Street**
**San Bernardino, CA 92415-0210**

/ / /

/ / /

/ / /

---

Case No.: 5:25-cv-00777 CAS (SHKx)    3    CERTIFICATE OF SERVICE RE: NOTICE OF REMOVAL OF ACTION AND RELATED DOCUMENTS

1  I declare under penalty of perjury under the laws of the State of California and the
2  United States that the foregoing is true and correct, and that I am employed in the office of
3  a member of the bar of this Court at whose direction the service was made.
4  Executed on **March 31, 2025,** at Los Angeles, California.

*/s/ Vivian A. Castillo*
VIVIAN A. CASTILLO

4901-0550-1232, v. 1

Case No.: 5:25-cv-00777 CAS (SHKx)   4   CERTIFICATE OF SERVICE RE: NOTICE OF REMOVAL OF ACTION AND RELATED DOCUMENTS